IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JOSEPH DANIEL ROGERS**                                                                             **PLAINTIFF**

V.                                           **CASE NO. 2:23-CV-2129**

**SHERIFF HOBE RUNION (Sebastian County, Arkansas);**
**SGT. EDDIE SMITH (Sebastian County Jail Administrator);**
**CAPTAIN DUMAS (Sebastian County Detention Center); and**
**NURSE BRITTANY (TurnKey Medical, Head Nursing Supervisor)**     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 35) filed in this case on September 11, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 28th day of October, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE